## UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:

    Gerald Charles Smuk
    Marlys Lynn Smuk

Debtor(s)

Case No.: 13 B 07161

Chapter: 13

Judge Carol A. Doyle

### ENTRY OF APPEARANCE AND REQUEST FOR ALL NOTICES

The undersigned, a duly qualified attorney admitted to practice before this Court, hereby enters an appearance in the within captioned matter on behalf of WELLS FARGO BANK, N.A., and/or its assigns and requests all notices, pleadings, motions, orders, applications and other documents filed and/or served in this case be sent to them at the following address:

    Berton J. Maley ARDC#6209399
    Gloria C. Tsotsos ARDC#6274279
    Jose G. Moreno ARDC#6229900
    Rachael A. Stokas ARDC#6276349
    Peter C. Bastianen ARDC#6244346
    Joel P. Fonferko ARDC#6276490
    Maria A. Georgopoulos ARDC#6281450
    Adam E. Codilis ARDC#6299311
    Jessica S. Naples ARDC#6304951
    **Codilis & Associates, P.C.**
    15W030 North Frontage Road, Suite 100
    Burr Ridge, IL 60527
    (630) 794-5300
    **C&A FILE (14-13-05677)**

Dated  March 6, 2013.

    By:  /s/ Jessica Naples

NOTE: This law firm is deemed to be a debt collector.