PROBER & RAPHAEL, A LAW CORPORATION
DEAN R. PROBER, ESQUIRE, #106207
LEE S. RAPHAEL, ESQUIRE #180030
CASSANDRA J. RICHEY, ESQUIRE #155721
MELISSA VERMILLION, ESQUIRE #241354
JOSEPH GARIBYAN, ESQUIRE #271833
BONNI S. MANTOVANI, ESQUIRE #106353
LALEH ENSAFI, ESQUIRE #268917
JEANNETTE R. MARSALA, ESQUIRE #253125
NINA Z. JAVAN. ESQUIRE  #271392
20750 Ventura Boulevard, Suite 100
Woodland Hills, California 91364
(818) 227-0100
B.507-8426

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF ILLINOIS (CHICAGO)

In re                                                                  Bk. No. 13-07161

GERALD CHARLES SMUK AND MARLYS
LYNN SMUK                                                     Chapter 13

    Debtors.                                            REQUEST FOR SPECIAL NOTICE
_____/

IT IS HEREBY REQUESTED that copies of any documents, pleadings or Orders for which claimant Bank of America, N.A., its assignees and/or successors in interest, with regard to the real property described as 3317 Harvest Ridge Rd., Geneva, IL  60134  (Loan No. XXXX2899), is entitled to service or notice, also be sent to the agent for Bank of America, N.A., its assignees and/or successors in interest, addressed as follows:

        PROBER & RAPHAEL, A LAW CORPORATION
        20750 Ventura Boulevard, Suite 100
        Woodland Hills, California 91364

Dated: April 15, 2013        By /s/ Dean R. Prober
            DEAN R. PROBER, ESQ., CA BAR # 106207
            As Agent for Bank of America, N.A.

1

PROOF OF SERVICE

STATE OF CALIFORNIA, COUNTY OF LOS ANGELES:

I, Lusine Saglyan, certify that I am a resident of the County aforesaid; I am over the age of 18 years and not a party to the within action; my business address is 20750 Ventura Boulevard, Suite 100, Woodland Hills, California 91364.

On May 1, 2013, I served the within REQUEST FOR SPECIAL NOTICE on all interested parties in this proceeding by placing true and correct copy thereof enclosed in a sealed envelope with postage prepaid in the United States Mail at Woodland Hills, California, addressed as follows:

Gerald Charles Smuk
Marlys Lynn Smuk
3317 Harvest Ridge Road
Geneva, IL 60134
Debtors

Mohammed O. Badwan, Esquire
Sulaiman Law Group, LTD
900 Jorie Boulevard, Suite 150
Oak Brook, IL 60523
Attorney for Debtors

Glenn B. Stearns
801 Warrenville Road
Suite 650
Lisle, IL 60532
Chapter 13 Trustee

I declare that I am employed in the office of a member of the Bar at whose direction this service was made.

I certify under penalty of perjury that the foregoing is true and correct.

Executed on May 1, 2013, at Woodland Hills, California.

/s/ Lusine Saglyan