Form defdso13

# UNITED STATES BANKRUPTCY COURT
*Northern District of Illinois*
*Eastern Division*
*219 S Dearborn*
*7th Floor*
*Chicago, IL 60604*

In Re:

Gerald Charles Smuk
3317 Harvest Ridge Road
Geneva, IL 60134
SSN: xxx–xx–5135 EIN: N.A.

Case No. :   13–07161
Chapter :    13
Judge :      Donald R. Cassling

Marlys Lynn Smuk
3317 Harvest Ridge Road
Geneva, IL 60134
SSN: xxx–xx–3388 EIN: N.A.

## NOTICE TO INDIVIDUAL DEBTORS IN CHAPTER 13 CASES OF REQUIRED DOCUMENT FOR DISCHARGE

In order to receive a Discharge, you must file the following document.

☑ Debtor's Declaration Domestic Support Obligations.

Please complete the local form titled Debtor's Declaration Regarding Domestic Support Obligations. If a joint petition was filed, each spouse must complete and file a separate declaration.

The local form, Debtor's Declaration Regarding Domestic Support Obligations, is available on our website at www.ilnb.uscourts.gov/Forms/Form_Orders.cfm

If you do not file the required document, your case will be closed without a discharge. You will still be liable for the current balance of the debts you owed before filing. If you subsequently file a Motion to Reopen, you must pay the reopening fee.

If you are represented by an attorney, please contact your attorney for guidance.

If you have any questions about submitting the form, please call 312–408–5000.

FOR THE COURT

Dated: October 17, 2014

Jeffrey P. Allsteadt, Clerk
United States Bankruptcy Court

United States Bankruptcy Court
Northern District of Illinois

In re:  
Gerald Charles Smuk  
Marlys Lynn Smuk  
    Debtors

Case No. 13-07161-DRC  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0752-1     User: mgonzalez     Page 1 of 1     Date Rcvd: Oct 17, 2014  
                    Form ID: defdso13     Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 19, 2014.  
db/jdb         +Gerald Charles Smuk,    Marlys Lynn Smuk,    3317 Harvest Ridge Road,    Geneva, IL 60134-3935

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.                                                                                                     TOTAL: 0

        ***** BYPASSED RECIPIENTS *****  
NONE.                                                                                   TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 19, 2014                               Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 17, 2014 at the address(es) listed below:  
         Glenn B Stearns     mcguckin_m@lisle13.com  
         Jessica S Naples     on behalf of Creditor     WELLS FARGO BANK, N.A. ND-Two@il.cslegal.com  
         Mohammed O Badwan     on behalf of Debtor Gerald Charles Smuk mbadwan@sulaimanlaw.com,  
          mbadwan@sulaimanlaw.com;courtinfo@sulaimanlaw.com;bkycourtinfo@gmail.com;ECFNotice@sulaimanlaw.com;SulaimanLaw@BestClientInc.com;sulaiman.igotnotices@gmail.com  
         Mohammed O Badwan     on behalf of Joint Debtor Marlys Lynn Smuk mbadwan@sulaimanlaw.com,  
          mbadwan@sulaimanlaw.com;courtinfo@sulaimanlaw.com;bkycourtinfo@gmail.com;ECFNotice@sulaimanlaw.com;SulaimanLaw@BestClientInc.com;sulaiman.igotnotices@gmail.com  
         Patrick S Layng     USTPRegion11.ES.ECF@usdoj.gov  
                                                                                           TOTAL: 5