B18WJ (Form 18WJ) (08/07)

# United States Bankruptcy Court

Northern District of Illinois
**Case No. 13–07161**
**Chapter 13**

In re: Debtors (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

| | |
|---|---|
| Gerald Charles Smuk | Marlys Lynn Smuk |
| 3317 Harvest Ridge Road | 3317 Harvest Ridge Road |
| Geneva, IL 60134 | Geneva, IL 60134 |

Social Security / Individual Taxpayer ID No.:
xxx–xx–5135                                                xxx–xx–3388

Employer Tax ID / Other nos.:

## DISCHARGE OF JOINT DEBTORS AFTER COMPLETION OF CHAPTER 13 PLAN

It appearing that the debtors are entitled to a discharge, **IT IS ORDERED:** The debtors are granted a discharge under section 1328(a) of title 11, United States Code, (the Bankruptcy Code).

If the trustee has filed and served a notice pursuant to Section B2 (b) of the debtors' plan, and no statement is timely filed by the mortgagee in response, the mortgage addressed by the notice is deemed to be fully current as of the date of the notice.

FOR THE COURT

Dated: November 12, 2014             Jeffrey P. Allsteadt, Clerk
                                     United States Bankruptcy Court

**SEE THE BACK OF THIS ORDER FOR IMPORTANT INFORMATION.**

# EXPLANATION OF BANKRUPTCY DISCHARGE
# IN A CHAPTER 13 CASE

This court order grants a discharge to the person named as the debtor after the debtor has completed all payments under the chapter 13 plan. It is not a dismissal of the case.

### Collection of Discharged Debts Prohibited

The discharge prohibits any attempt to collect from the debtor a debt that has been discharged. For example, a creditor is not permitted to contact a debtor by mail, phone, or otherwise, to file or continue a lawsuit, to attach wages or other property, or to take any other action to collect a discharged debt from the debtor. *[In a case involving community property:* There are also special rules that protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.] A creditor who violates this order can be required to pay damages and attorney's fees to the debtor.

However, a creditor may have the right to enforce a valid lien, such as a mortgage or security interest, against the debtor's property after the bankruptcy, if that lien was not avoided or eliminated in the bankruptcy case. Also, a debtor may voluntarily pay any debt that has been discharged.

### Debts That are Discharged

The chapter 13 discharge order eliminates a debtor's legal obligation to pay a debt that is discharged. Most, but not all, types of debts are discharged if the debt is provided for by the chapter 13 plan or is disallowed by the court pursuant to section 502 of the Bankruptcy Code.

### Debts that are Not Discharged.

Some of the common types of debts which are <u>not</u> discharged in a chapter 13 bankruptcy case are:

a. Domestic support obligations;

b. Debts for most student loans;

c. Debts for most fines, penalties, forfeitures, or criminal restitution obligations;

d. Debts for personal injuries or death caused by the debtor's operation of a motor vehicle, vessel, or aircraft while intoxicated;

e. Debts for restitution, or damages, awarded in a civil action against the debtor as a result of malicious or willful injury by the debtor that caused personal injury to an individual or the death of an individual (in a case filed on or after October 17, 2005);

f. Debts provided for under section 1322(b)(5) of the Bankruptcy Code and on which the last payment is due after the date on which the final payment under the plan was due;

g. Debts for certain consumer purchases made after the bankruptcy case was filed if prior approval by the trustee of the debtor's incurring the debt was practicable but was not obtained;

h. Debts for most taxes to the extent not paid in full under the plan (in a case filed on or after October 17, 2005); and

i. Some debts which were not properly listed by the debtor (in a case filed on or after October 17, 2005).

**This information is only a general summary of the bankruptcy discharge. There are exceptions to these general rules. Because the law is complicated, you may want to consult an attorney to determine the exact effect of the discharge in this case.**

```
                       United States Bankruptcy Court
                        Northern District of Illinois

In re:                                                     Case No. 13-07161-DRC
Gerald Charles Smuk                                        Chapter 13
Marlys Lynn Smuk
        Debtors                 CERTIFICATE OF NOTICE

District/off: 0752-1      User: mhenley          Page 1 of 2          Date Rcvd: Nov 12, 2014
                          Form ID: b18w          Total Noticed: 17


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Nov 14, 2014.
db/jdb        +Gerald Charles Smuk,    Marlys Lynn Smuk,    3317 Harvest Ridge Road,    Geneva, IL 60134-3935
20086303      +Bank of America,    4850 Belle Terre Parkway,    Palm Coast, FL 32164-7413
20431831      +Bank of America, N.A. c/o Prober & Raphael, A Law,    20750 Ventura Blvd., Suite 100,
               Woodland Hills, CA 91364-6207
20086307       Equifax Information Services, LLC,    1550 Peachtree Street NW,    Atlanta, GA 30309
20086308      +Experian Information Solutions, Inc.,    475 Anton Boulevard,    Costa Mesa, CA 92626-7037
20086309      +Trans Union LLC,    1561 E. Orangethorpe Avenue,    Fullerton, CA 92831-5210
20134549      +Wells Fargo Bank, N.A.,    c/o Codilis & Associates, P.C.,    15W030 N. Frontage Road, Suite 100,
               Burr Ridge, IL 60527-6921
20086310      +Wells Fargo Home Mortgage,    5620 Brooklyn Boulevard,    Minneapolis, MN 55429-3056

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
20086300      +EDI: BECKLEE.COM Nov 13 2014 02:33:00      American Express *,    c/o Becket & Lee,
               P.O. Box 3001,    Malvern, PA 19355-0701
20625326       EDI: BECKLEE.COM Nov 13 2014 02:33:00      American Express Centurion Bank,
               c o Becket and Lee LLP,    POB 3001,   Malvern, PA 19355-0701
20086301       EDI: BANKAMER.COM Nov 13 2014 02:33:00      Bank of America,    P.O Box 982238,
               El Paso, TX 79998
20086304      +EDI: BANKAMER2.COM Nov 13 2014 02:33:00      Bank Of America, N.A.,    401 N. Tryon St.,
               NC1-021-02-20,    Charlotte, NC 28202-2123
20086302      +EDI: BANKAMER2.COM Nov 13 2014 02:33:00      Bank of America,    P.O Box 1598,
               Norfolk, VA 23501-1598
20393002      +EDI: BANKAMER.COM Nov 13 2014 02:33:00      Bank of America, N.A.,    Bankruptcy Department,
               P.O. Box 26012, NC4-105-02-99,    Greensboro, NC 27420-6012
20086305      +EDI: CHASE.COM Nov 13 2014 02:33:00      Chase *,   ATTN: Bankruptcy Department,
               P.O. Box 15298,    Wilmington, DE 19850-5298
20086306      +EDI: CHASE.COM Nov 13 2014 02:33:00      Chase Card Services,    201 North Walnut Street,
               Attn Mark Pascale--Mail Stop DE1-1406,    Wilmington, DE 19801-2920
20634905       EDI: PRA.COM Nov 13 2014 02:38:00      Portfolio Recovery Associates, LLC,
               successor to CHASE BANK USA, N.A.,    PO Box 41067,   Norfolk, VA 23541
                                                                                              TOTAL: 9

              ***** BYPASSED RECIPIENTS *****
NONE.                                                                                         TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 14, 2014                         Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on November 12, 2014 at the address(es) listed below:
          Charles L. Magerski    on behalf of Debtor Gerald Charles Smuk Cmagerski@sulaimanlaw.com,
           courtinfo@sulaimanlaw.com;bkycourtinfo@gmail.com;ECFNotice@sulaimanlaw.com;mbadwan@sulaimanlaw.co
           m;sulaiman.igotnotices@gmail.com
          Charles L. Magerski    on behalf of Joint Debtor Marlys Lynn Smuk Cmagerski@sulaimanlaw.com,
           courtinfo@sulaimanlaw.com;bkycourtinfo@gmail.com;ECFNotice@sulaimanlaw.com;mbadwan@sulaimanlaw.co
           m;sulaiman.igotnotices@gmail.com
          Christopher J Stasko    on behalf of Creditor   WELLS FARGO BANK, N.A. ND-Four@il.cslegal.com
          Glenn B Stearns    mcguckin_m@lisle13.com
          Jessica S Naples    on behalf of Creditor   WELLS FARGO BANK, N.A. ND-Two@il.cslegal.com
          Mohammed O Badwan    on behalf of Debtor Gerald Charles Smuk mbadwan@sulaimanlaw.com,
           mbadwan@sulaimanlaw.com;courtinfo@sulaimanlaw.com;bkycourtinfo@gmail.com;ECFNotice@sulaimanlaw.co
           m;SulaimanLaw@BestClientInc.com;sulaiman.igotnotices@gmail.com
          Mohammed O Badwan    on behalf of Joint Debtor Marlys Lynn Smuk mbadwan@sulaimanlaw.com,
           mbadwan@sulaimanlaw.com;courtinfo@sulaimanlaw.com;bkycourtinfo@gmail.com;ECFNotice@sulaimanlaw.co
           m;SulaimanLaw@BestClientInc.com;sulaiman.igotnotices@gmail.com
          Patrick S Layng    USTPRegion11.ES.ECF@usdoj.gov
```

```
District/off: 0752-1           User: mhenley              Page 2 of 2                   Date Rcvd: Nov 12, 2014
                               Form ID: b18w              Total Noticed: 17
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)
                                         TOTAL: 8